UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | |
|---|---|
| UBS FINANCIAL SERVICES INC. )<br>)<br>and )<br>)<br>CITIGROUP GLOBAL MARKETS INC., )<br>)<br>    Plaintiffs )<br>)<br>v. )<br>)<br>CARILION CLINIC, )<br>)<br>    Defendant ) | Civil Docket Number: 3:12-CV-00424 |

**CONSENT MOTION FOR EXTENSION OF THE DEADLINE
BY WHICH RESPONSIVE PLEADINGS MUST BE FILED**

    Defendant Carilion Clinic, by counsel, hereby moves the Court for an extension of the deadline by which it must file its response to the Complaint.  Carilion Clinic asks that the Court extend the deadline by twenty (20) days, to July 22, 2012.  The plaintiffs, by counsel, have given their consent to this request.  A proposed order granting this motion, endorsed by counsel, will be submitted upon filing this motion.

    Done this 28th day of June, 2012.

    Respectfully submitted:

    By: /s/ Patrick T. Fennell
    Patrick T. Fennell (VSB #: 40393)
    CRANDALL & KATT
    366 Elm Avenue, S.W.
    Roanoke, Virginia 24016
    Telephone:  540/342-2000
    Facsimile:  540/345-3527
    pfennell@crandalllaw.com
    *Counsel for Carilion Clinic*

Of Counsel:

James R. Swanson
(Motion to Appear Pro Hac Vice pending)
jswanson@fishmanhaygood.com
Joseph C. Peiffer
(Motion to Appear Pro Hac Vice pending)
jpeiffer@fishmanhaygood.com
Jason W. Burge
(Motion to Appear Pro Hac Vice pending)
jburge@fishmanhaygood.com
FISHMAN HAYGOOD PHELPS
WALMSLEY WILLIS &
SWANSON, L.L.P.
201 St. Charles Avenue, Suite 4600
New Orleans, Louisiana 70170-4600
Telephone: 504/586-5252
Facsimile: 504/586-5250

Certificate of Service

       I hereby certify that on June 28, 2012, I electronically filed the foregoing Consent Motion for Extension of the Deadline by Which Responsive Pleadings Must Be Filed with the Clerk of Court using the CM/ECF system, which will send notification of such filing (NEF) to the following:

Hugh McCoy Fain, III (VSB No. 26494)
hfain@spottsfain.com
Edward Everett Bagnell, Jr. (VSB No. 74647)
ebagnell@spottsfain.com
SPOTTS FAIN PC
411 E Franklin Street
Suite 600
Richmond, VA 23219
Telephone: (804) 697-2000
Facsimile: (804) 697-2177
*Counsel for USB FINANCIAL SERVICES INC.,*
*And CITIGROUP GLOBAL MARKETS, INC.*

SIMPSON THACHER & BARTLETT LLP
Jonathan K. Youngwood (*pro hac vice*)
(jyoungwood@stblaw.com)
425 Lexington Avenue
New York, NY 10017
Telephone: (212) 455-2000
Facsimile: (212) 455-2502
*Attorney for Plaintiff UBS Financial Services Inc.*


PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP
Jay Cohen (*pro hac vice*)
(jaycohen@paulweiss.com)
Julie E. Fink (*pro hac vice*)
(jfink@paulweiss.com)
1285 Avenue of the Americas
New York, New York 10019
Telephone: (212) 373-3000
Facsimile: (212) 757-3990
*Attorney for Plaintiff Citigroup Global Markets Inc.*

By: /s/ Patrick T. Fennell
Patrick T. Fennell (VSB # 40393)
CRANDALL & KATT
366 Elm Avenue, S.W.
Roanoke, Virginia 24016
Telephone:  540/342-2000
Facsimile:  540/400-0616
pfennell@crandalllaw.com
*Attorney for Carilion Clinic*